IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:16-CR-3-KS-MTP

KENNETH E. FAIRLEY

### ORDER

The Government shall file a response to Defendant's Motion for Bail Pending Appeal [112] on or before **February 1, 2017**, and Defendant may file a reply on or before **February 3, 2017**. An expedited briefing schedule is necessary so that the Court may address the motion before Defendant's self-surrender date of February 9, 2017.

SO ORDERED AND ADJUDGED this   25th   day of   January  , 2017.


　　　　　　　　　　　　　　　　　　　　　s/Keith Starrett
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE