IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**

**V.**                                       **CRIMINAL ACTION NO. 2:16-CR-3-KS-MTP**

**KENNETH E. FAIRLEY, SR.
and ARTIE FLETCHER**

## ORDER

This matter is before the Court on the Agreed Motion to Supplement the Record [134]. Finding the parties in agreement, the Court hereby **grants** the Agreed Motion to Supplement the Record [134], and the record is supplemented to include the transcripts of the audio recordings described therein.

IT IS THEREFORE ORDERED AND ADJUDGED that the Agreed Motion to Supplement the Record [134] is **granted**.

SO ORDERED AND ADJUDGED this the ___8th___ day of March, 2017.

                                               ___s/Keith Starrett___
                                               KEITH STARRETT
                                               UNITED STATES DISTRICT JUDGE