IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL NO. 2:16-cr-3-KS-MTP |
| KENNETH FAIRLEY | DEFENDANT |

## **ORDER**

In a review of the audio files in the above styled case it was determined that there was a sidebar conversation between the Judge and attorneys involving another case and the necessity to continue the sentencing for the other case. This conversation had nothing to do with the Fairley case and should be removed from the audio files that are part of the instant proceeding.

IT IS THEREFORE ORDERED that the audio file having the conversation involving a subsequent case be modified and the conversation involving the subsequent hearing removed and replaced by a disc without the irrelevant material.

SO ORDER this the ___12th___ day of April, 2017.

                                                                   s/Keith Starrett_____
                                                                   UNITED STATES DISTRICT JUDGE