IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA, | () |
| PLAINTIFF | () |
| VERSUS | () Cause No. 2:16CR3ks-mtp-001 |
| KENNETH E. FAIRLEY, | () |
| DEFENDANT | () |

## MOTION FOR
## TERMINATION OF SUPERVISED RELEASE

COMES NOW Kenneth E. Fairley, defendant in the above styled matter, in accordance with the terms and provisions of applicable law, and moves this Honorable Court to terminate his term of supervised release and would respectfully show and represent unto the Court as follows:

1. The defendant, Kenneth E. Fairley, is an adult resident citizen of Hattiesburg, Lamar County, Mississippi.

2. In March 2016, Kenneth E. Fairley was indicted on conspiracy and embezzlement charges involving federal housing rehabilitation funds. On September 12, 2016, Kenneth E. Fairley was found guilty of two counts of theft of government funds and one count of conspiracy to defraud the government.

3. On December 19, 2016, Kenneth E. Fairley was sentenced to serve 36 months in the Federal Bureau of Prisons.

4. In February 2017, Kenneth E. Fairley reported to the Federal Bureau of Prisons in Pensacola, Florida and he was later relocated to Oakdale Prison in Oakdale, Louisiana.

5. In March 2019, Kenneth E. Fairley was released from Oakdale Prison in Oakdale, Louisiana and reported to Dismas Charities in Hattiesburg, Mississippi. The 36 month term of supervised release commenced in August 2019.

6. Kenneth E. Fairley has successfully completed payment of the fine and restitution fee in paying a fine in the amount of $30,000.00 and a restitution fee of $60,223.95. Kenneth E. Fairley has complied with the terms and conditions imposed in the Judgment.

7. Kenneth E. Fairley is being supervised in the Southern District of Mississippi where he lives and serves as Senior Pastor of Mount Carmel Baptist Church, Hattiesburg, Mississippi. The Probation and Parole Officer has indicated that Kenneth E. Fairley is in full compliance in all areas of supervision, including making payments of his restitution and fine.

8. Kenneth E. Fairley is currently a law abiding and respectable citizen. He has not been arrested or charged with any offense other than the aforementioned offenses. He respectfully requests of this Court termination of supervised release.

**WHEREFORE, PREMISES CONSIDERED**, Kenneth E. Fairley, respectfully prays that this Court grant the Motion for Termination of Supervised Release by appropriate court order. Further, the defendant requests that the Court grant him any other relief to which he is entitled.

Respectfully submitted this the 10th day of June, A.D., 2021.

_____
KENNETH E. FAIRLEY, Defendant

_____
PERCY W. WATSON (MSB #6994)
WATSON LAW OFFICES
Attorneys at Law
Post Office Box 1767
Hattiesburg, MS 39403
(601) 545-1051
(601) 545-1112
(601) 582-4293 (fax)
pwatson@percywatsonlaw.net
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, PERCY W. WATSON, attorney for Kenneth E. Fairley, Defendant, in the above styled and numbered matter, hereby certify that I have this the 10th day of June, 2021 mailed a true and correct copy of the foregoing Motion for Termination of Supervised Release, to the Hon. Darren LaMarca, Acting United States Attorney for the Southern District of Mississippi, at his regular mailing address, 501 E. Court Street, Suite 4.430 Jackson, Mississippi 39201, by United States mail postage prepaid.

_____
PERCY W. WATSON