IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                         CRIMINAL NO. 2:16-CR-3-KS-MTP

KENNETH E. FAIRLEY

### ORDER

On June 11, 2021, Defendant filed a Motion for Termination of Supervised Release [169]. The Government shall respond on or before **June 21, 2021**. L.U.Crim.R. 47(C)(1). Defendant may reply on or before **June 28, 2021**. L.U.Crim. R. 47(D); Fed. R. Crim P. 45(a)(1).

SO ORDERED AND ADJUDGED this 14th day of June, 2021.

                                                  /s/   Keith Starrett
                                                  KEITH STARRETT
                                   UNITED STATES DISTRICT JUDGE