IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL NO. 2:16-cr-3-KS-MTP-001 |
| KENNETH E. FAIRLEY | DEFENDANT |

## **ORDER**

THIS CAUSE IS BEFORE THE COURT on Motion for Termination of Supervised Release [169] filed by Kenneth E. Fairley. The Court has conferred with the supervising probation officer and the Government has filed a response of no objection to the motion.

The Court finds that the Motion for Early Termination of Supervised Release should be, and is hereby, GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED that the supervised release of Movant herein, Kenneth E. Fairley be, and the same is, hereby TERMINATED forthwith.

SO ORDERED this the __22nd__ day of June, 2021.

___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE